UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - GR
October 30, 2023 1:51 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: KB/ 10/31

Fischer, Tucker IV
Plaintiff

v.

Correctional Officer Mayhew
Defendant(s)

AUTHORIZATION FOR W[arden]
TO PAY THE CIVIL ACTI[ON]
AFFIDAVIT OF INDIGE[NCY]
REQUEST TO PROCE[ED]

1:23-cv-1146
Phillip J. Green
U.S. Magistrate Judge

I, Fischer, Tucker IV, am the plaintiff in the above [action and believe that I] am entitled to redress. In support of my motion to proceed without being required to prepay fees or costs or give security, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor. I acknowledge that, even if I am granted leave to proceed *in forma pauperis*, **I am liable for payment of the $350.00 civil action filing fee**, and I authorize the correctional facility in which I am currently housed to (1) provide information about my trust fund account to the federal court; and (2) withdraw from my trust fund account and forward to the federal court(a) an initial partial filing fee for this action (20% of the greater of my average monthly deposits or average monthly balance for the past 6 months), which I will request be disbursed, and (b) subsequent monthly payments (20% of my previous month's deposits), as ordered by the federal court, until I have paid the full filing fee of $350.00 for this action. Further, I declare that the responses which I have made below are true.

1. Are you presently employed?  Yes ☐  No ☑

   a. If the answer is yes, state the amount of your salary per month and give the name and address of your employer.

      N/A

   b. If the answer is no, state the date of last employment and the amount of the salary per month which you received.

      unit porter    $6.36

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession, or form of self-employment?   Yes ☐  No ☑
   b. Rent payments, interest, or dividends?              Yes ☐  No ☑
   c. Pensions, annuities, or life insurance payments?   Yes ☐  No ☑
   d. Gifts or inheritances?                              Yes ☐  No ☑
   e. Any other sources?                                  Yes ☑  No ☐

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

   $222.78

3. Do you own any cash or do you have money in a checking or savings account?   Yes ☑  No ☐
   (Include any funds in prison accounts)

   If your answer is yes, state the total value owned.

   prison account $222.78

- 6 -

(W.D. Mich. Form – Last Revised: September 2021)

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes ☐   No ☑

   If the answer is yes, describe the property and state its approximate value.  N/A

5. List the persons who are dependent upon you for support; state your relationship to those persons; and indicate how much you contribute toward their support:

   N/A

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.

**I declare under penalty of perjury that the foregoing is true and correct.**

10-25-23
**Date**

*(signature)*
**Signature of Plaintiff**

---

**CERTIFICATE**

I certify that the plaintiff herein has had deposits of _____ and withdrawals of _____ from his prison account over the last six-month period. The present balance in the plaintiff's prison account is _____. I further certify that plaintiff has the following securities to his credit according to the records of this institution:

_____.

**Authorized Financial Officer**         **Name of Institution**         **Date**

NOTE: Instead of completing the above certificate, you may attach the certificate establishing prisoner account activity and the printout issued by the institution.



K OF THE COURT

STATES DISTRICT COURT

ederal Building

chigan St., NW

apids, Mich. 49503

Fischer Tucker #654194
Oak's Correctional Facility
1500 Caberfae Highway
Manistee, Mich. 49660

CLER
UNITED
399 F
110 Mi
GRAND R